# Attachment A

EXPOSÉ: Abortion Babysitter

*Operation Rescue*

*August 17, 2018*

Get the latest news!
Join our Email Newsletter.

Home   About Abortion   About Us   Community   Donate   For the Press   Multimedia Resources

*You are here: Home / Tiller Story Archive / EXPOSÉ: Abortion Babysitter*

# EXPOSÉ: Abortion Babysitter

*May 10, 2005 By Operation Rescue 12 Comments*

Search this website …   Search

At a nondescript white house on a narrow residential street in Wichita, Kansas, a cab pulls in to the driveway. Cutouts of Easter bunnies still adorn the windows, even though Easter is several weeks past. Out of the cab pop two young children, who run exuberantly to the door as the taxi pulls out of the driveway.



In the back seat still sits the children's mother, but she isn't on her way to work or on a day of busy errands. She is headed just two doors down from her children's daycare to a large industrial-looking building with no windows. This ominous structure is Women's Health Care Services, the infamous late-term abortion mill run by George Tiller. The woman has just left her children with the Abortion Babysitter, Alice Grim.

**Operation Rescue Video**

Life or Death Reasons to Defu…

Life of Death Reasons to #DefundPP

This arrangement is a new one for Alice, although she has been babysitting the kids of abortion workers for years. Tiller employee Marguerite Reed is a regular customer with her young daughter and newborn son. But now she is caring for the children of Tiller's patients, who are brought to Wichita from around the country, often to provide cover for secret abortions that women are trying to keep hidden from the rest of the family.

"For a mother of young children to suddenly want to take a four to five day trip alone raises suspicions in some families," said Operation Rescue sidewalk counselor Cheryl Sullenger. "So they make up a story about visiting relatives, or taking the kids on an outing, then sneak off to Wichita for an abortion."



Chilling 911 Call Mom Finds D…

Heartbreaking 911 call. Mother finds daughter dead after abortion.

This day, the cab was delivering the mother of a 17-year old teenager who became pregnant out of wedlock. Issues of honor in a close-knit community of immigrants drove the mother to seek an abortion for her daughter, even though she is tormented by the impending loss of her first grandchild.



Toledo Abortion Biz Transports…

In order to keep the gruesome deed from her husband, the teen's father, she brought along the younger siblings to cover the true nature of their trip to Wichita. The teenager had been delivered to the abortion mill earlier in the morning and was being joined by her mother once the younger children, oblivious to what was happening to their older sister, were safely settled at Alice's house.



Abortion clinic caught endangering botched abortion patient.

Alice is a 60-ish widow who is a rabid abortion supporter. Ironically, the house she rents for her home and daycare business is reportedly owned by Tiller. During the last presidential election, Alice proudly displayed signs in support of pro-abortion candidate John Kerry next to the tricycles and other toys scattered in the yard. And she is not timid about inserting herself into the abortion drama that unfolds daily such a short distance from her door.

**Latest Tweets**

Pro-lifers describe Alice as a woman with a surly disposition, openly hostile to the Christians who go to Tiller's mill to pray and offer abortion alternatives to women. She has been known to back out of her driveway with her aged white mini-van, loaded with children, and intentionally bump vehicles belonging to pro-lifers. "We have learned not to park behind

Alice's driveway," said Sullenger. "We heard that she hit another vehicle just last month. The police were called, but I have never heard of anything being done about it because the damage is usually minor."

On the other hand, Alice will not hesitate to call the police if one of the pro-lifers happens to speak to her.

"She calls and accuses us of harassing her if we even say 'good morning,'" said OR president Troy Newman, who has had problems with Alice phoning the police on him when he has gone over to greet her and give her the gospel. "She calls the police and makes a big scene. Actually, that tends to work in our favor because when abortion patients seen the police cruisers at the abortion mill, some will not go in."

Last month, Alice informed the police that the daily pro-life presence so near her daycare has driven much of her business away. Her only clients were the children of abortion clinic workers, and if she lost them, she would be out on the street.

"Now we see that Alice has a new arrangement with Tiller to baby-sit the children of abortion patients," said Newman. "This makes her a top-tier abortion collaborator. Not only does she profit from abortion, but her services make it easier for women to kill their pre-born babies."

Newman and Sullenger question Alice's ability to offer a nurturing environment for the children she cares for.

"I have seen Alice standing outside talking away with a police officer with whom she is friendly for over forty-five minutes while the children were inside the house unattended," said Sullenger.

"What I find really horrendous about this whole situation is that the young children Alice cares for are being used as pawns. In the process, they are exposed to the seedy side of the abortion industry — the anxiety, lying, and deception, and the animosity pro-aborts have for Christians who pray for them," said Sullenger. "I can't imagine leaving my young child in that environment day after day. It really just continues to illustrate the low regard for children these people have."

[Please join Operation Rescue in praying for Alice Grim's repentance and salvation. —OR Staff]

Share this:

More

Filed Under: Tiller Story Archive

12 Comments   Operation Rescue                                    1 Login

Recommend   Share                                          Sort by Best

   Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS (?)

                     Name

decker • 11 years ago
"# Rosemary Franklin Says:
May 23rd, 2005 at 12:38 pm

I think women who decide to terminate pregnancies in late term, are entitled



